FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 3:13 pm, Dec 31, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHARLES BARRERAS, | |
| Movant, | CIVIL ACTION NO.: 2:20-cv-141 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 2:19-cr-41) |
| Respondent. | |

**O R D E R**

Movant Charles Barreras ("Barreras") filed this 28 U.S.C. § 2255 Motion, which the Court has reviewed. Barreras attacks the conviction and sentence obtained in this Court in Case Number 2:19-cr-41. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court **ORDERS** the United States Attorney to file an answer or motion to dismiss within 30 days stating what records and documents need to be produced to fully respond to the motion. The Government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary authorized by Rule 6 of the Rules Governing Section 2255 Proceedings. The Court **DIRECTS** the Clerk of Court to forward a copy of this Order and a copy of Barreras' Motion for relief to the Savannah Office of the United States Attorney for the Southern District of Georgia.

In addition, Barreras filed a Motion for Leave to Proceed *in Forma Pauperis*. Doc. 2. The Court **DENIES as moot** Barreras' Motion, as there is no filing fee applicable to § 2255 motions. Rule 3, Rules Governing Section 2255 Proceedings for the United States District

Courts, Advisory Committee's Note to 1976 Adoption ("There is no filing fee required of a movant under these rules[]" "to recognize specifically the nature of a § 2255 motion as being a continuation of the criminal case whose judgment is under attack."); 28 U.S.C. § 1914(a).

**SO ORDERED**, this 31st day of December, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA